IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV372 |
| | ) | |
| vs. | ) | |
| | ) | |
| $1,000.00 refunded to Mango Creek Properties, Inc. from GBS Partners, Inc. seized on January 28, 2010; | ) ) ) ) | ORDER |
| $1,000.00 seized on December 22, 2009 from Spence Escrow Company from an escrow account holding money for Deshawn Hernandez; | ) ) ) ) ) | |
| $85,120.00 in United States currency seized from safe deposit box number 29 at Pinnacle Bank on December 18, 2009; | ) ) ) ) | |
| $15,545.95 seized from Pinnacle Bank Account No. 6912183410 in the name of Mango Creek Properties, Inc. on December 18, 2009; | ) ) ) ) | |
| $1,445.00 in United States currency delivered to Terry Haddock by Deshawn Hernandez on May 27, 2009 and on July 6, 2009; | ) ) ) ) | |
| The North 91.5 Feet, West 28 Feet, Lot 6, in the North 91.5 Feet of Lot 7, Block 4, Parker's Addition, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1923 N. 27th Street, Omaha, Nebraska, titled in the name of Shannon Williams; | ) ) ) ) ) ) ) ) | |
| Lot 12, Block 2, Hitchcock's 1st Addition, an Addition to the City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3744 Lake Street, Omaha, Nebraska, titled in the name of Shannon Williams; | ) ) ) ) ) ) | |

| | |
|---|---|
| 3181 Pennington Cir SW, Atlanta, Georgia, | ) |
| as surveyed, platted and recorded in Fulton County, | ) |
| Georgia, commonly known as 3181 Pennington Cir. | ) |
| SW, Atlanta, Georgia, titled in the name of E Zone | ) |
| Investments, LLC; | ) |
| | ) |
| Hastings & Heydens 3rd Add, Lot 14, Block 0, | ) |
| Lots 13 & 82 x 120, as surveyed, platted and | ) |
| recorded in Douglas County, Nebraska, commonly | ) |
| known as 2444 Browne Street, Omaha, Nebraska, | ) |
| titled in the name of Deshawn Hernandez; | ) |
| | ) |
| Fairfax, Lot 216, Block 0 40 x 134, | ) |
| as surveyed, platted and recorded in Douglas | ) |
| County, Nebraska, commonly known as 3721 N. | ) |
| 39th Street, Omaha, Nebraska, titled in the name | ) |
| of Mango Creek Properties, Inc.; | ) |
| | ) |
| Mossman & Wilson Add, Lot 106, Block 0, | ) |
| Lot 106, Block 0, as surveyed, platted and recorded | ) |
| in Douglas County, Nebraska, commonly known as | ) |
| 2205 N. 39th Street, Omaha, Nebraska, titled in the | ) |
| name of Shannon Williams; | ) |
| | ) |
| Wilson-Carl C-2nd Add, Lot 20, | ) |
| Block 0 42 X 129.2, as surveyed, platted and | ) |
| recorded in Douglas County, Nebraska, commonly | ) |
| known as 4527 N. 36th Avenue, Omaha, Nebraska, | ) |
| titled in the name of E Zone Investments, LLC; | ) |
| | ) |
| Fontenelle Park, Lot 205, Block 0 40 X 130, | ) |
| as surveyed, platted and recorded in Douglas | ) |
| County, Nebraska, commonly known as 3916 N. | ) |
| 42nd, Omaha, Nebraska, titled in the name of | ) |
| E Zone Investments, LLC; | ) |
| | ) |
| Yale Place, Lot 49, Block 0-EX S 5 Ft- 40 | ) |
| X 98.2, as surveyed, platted and recorded in | ) |
| Douglas County, Nebraska, commonly known | ) |
| as 3365 Erskine Street, Omaha, Nebraska, | ) |
| titled in the name of E Zone Investments, LLC; | ) |
| | ) |

```
West 38', East 76 Feet of Lots 16 and 17, and Lot  )
18, Block 4, Lowe's Subdivision, as surveyed,      )
platted and recorded in Douglas County Nebraska,   )
commonly known as 3106 Decatur Street, Omaha,      )
Nebraska, titled in the name of Latreise Anderson. )
                                                   )
            Defendants.                            )
_____)
```

This matter is before the Court on plaintiff's motion to strike (Filing No. 17), which is a motion for extension of time. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The United States shall have until January 3, 2012, to respond to all pending motions filed by Shannon Williams.

DATED this 16th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court