IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV372 |
| | ) | |
| v. | ) | |
| | ) | |
| $1,000.00 refunded to Mango | ) | ORDER |
| Creek Properties, Inc., from | ) | |
| GBS Partners, Inc., seized on | ) | |
| January 28, 2010; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court upon claimant Shannon Williams' interlocutory appeal regarding memorandum and order Filing No. 49 and clerk's entry of default Filing No. 50 (Filing No. 54) and motion for leave to appeal in forma pauperis (Filing No. 55). William's interlocutory appeal and motion for leave to appeal in forma pauperis will be denied because the orders they address are not final pursuant to 28 U.S.C. § 1291, and do not satisfy the collateral order doctrine. *See Lauro Lines s.r.l. v. Chasser*, 490 U.S. 495 (1989). Significantly, a clerk's entry of default is not a final order of the Court or an appealable collateral order. *United States v. Hansen*, 795 F.2d 35, 37 (7th Cir. 1986). Accordingly,

IT IS ORDERED:

1) Williams' interlocutory appeal regarding memorandum and order Filing No. 49 and clerk's entry of default Filing No. 50 is (Filing No. 54) is denied.

2) William's motion for leave to appeal in forma pauperis (Filing No. 55) is denied.

DATED this 27th day of March, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court