IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV372 |
| | ) | |
| v. | ) | |
| | ) | |
| $1,000.00 refunded to Mango Creek Properties, Inc., from GBS Partners, Inc., seized on January 28, 2010; et al., | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court upon claimant Shannon Williams' motion for leave to appeal in forma pauperis (Filing No. 69). Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Mr. Williams' motion is timely filed before the Court. Thus, the Court will grant Mr. Williams' motion to appeal in forma pauperis as to Filing No. 61 and Filing No. 68. Accordingly,

      IT IS ORDERED that Shannon Williams' motion for leave to appeal in forma pauperis (Filing No. 69) is granted as to Filing No. 61 and Filing No. 68.

      DATED this 26th day of April, 2012.

                                      BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court