IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV372 |
| | ) | |
| v. | ) | |
| | ) | |
| $1,000.00 refunded to Mango Creek Properties, Inc., from GBS Partners, Inc., seized on January 28, 2010; et al., | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court upon interested party Violet Goodwin's application to proceed without prepaying fees or costs (Filing No. 86). Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Ms. Goodwin's application is timely filed. Thus, the Court will grant Ms. Goodwin's application to appeal in forma pauperis as to Filing No. 84. Accordingly,

IT IS ORDERED: Violet Goodwin's application for leave to appeal in forma pauperis (Filing No. 86) is granted as to Filing No. 84.

DATED this 12th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court